IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DINA M. WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-1431 (AJT/TCB) |
| ) | |
| NANCY A. BERRYHILL, ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

In this action seeking judicial review of the final administrative decision of Defendant Nancy A. Berryhill, Commissioner of Social Security (the "Commissioner"), presently pending before the Court are Plaintiff's Motion for Summary Judgment [Doc. No. 13] and Defendant's Motion for Summary Judgment [Doc. No. 16]. By Report and Recommendation dated October 19, 2020 [Doc. No. 21], the Magistrate Judge recommended that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm Defendant's final decision. On October 29, 2020, Plaintiff filed her Objections to the Magistrate Judge's Report and Recommendation. [Doc. No. 22]. On November 12, 2020, Defendant filed a Response to Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge. [Doc. No. 23].

The Court has conducted a *de novo* review of the administrative record and has considered in detail the Plaintiff's Motion for Summary Judgment and her objections to the Magistrate Judge's Report and Recommendation in light of that record. Based on that *de novo* review, the Court finds and concludes that the Commissioner's final decision that Plaintiff was

not disabled within the meaning of the Social Security Act was supported by substantial evidence and that the Commissioner employed the correct legal standards in reaching that opinion and in support of these findings and conclusions, adopts and incorporates by reference herein the Report and Recommendation in its entirety.  Accordingly, it is hereby

ORDERED that the Magistrate Judge's Report and Recommendation [Doc. No. 21] be, and the same hereby is, ADOPTED; it is further

ORDERED that Defendant's Motion for Summary Judgment [Doc. No. 16] be, and the same hereby is, GRANTED, and the decision of the Defendant is hereby AFFIRMED; and it is further

ORDERED that Plaintiff's Motion for Summary Judgment [Doc. No. 13] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 28, 2021